Douglas Otto FISCHER,
Plaintiff-Appellant,

v.

Dr. Cheryl HILL; Dr. Abdel Massoud, Chief Medical Officer, William R. Sharpe, Jr. Hospital; Kimberly Walsh, Former Interim Chief Executive Officer William R. Sharpe, Jr. Hospital, Defendants-Appellees.

No. 17-1641

United States Court of Appeals, Fourth Circuit.

Submitted: October 31, 2017

Decided: December 14, 2017

---

Jason T. Gain, Bridgeport, West Virginia, for Appellant. Timothy R. Linkous, Stephanie J. Shepherd, LINKOUS LAW, PLLC, Morgantown, West Virginia; Amy M. Smith, Susan L. Deniker, Mark G. Jeffries, STEPTOE & JOHNSON PLLC, Bridgeport, West Virginia, for Appellees.

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Otto Fischer appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. The district court properly dismissed the 42 U.S.C. § 1983 (2012) claims on the ground that the defendants are entitled to absolute immunity from such claims, and properly declined to exercise supplemental jurisdiction over the related state law claims. Accordingly, we affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*